January 29, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MICHAEL SLEEMAN, Appellant

NO. 14-14-00173-CV                    V.

ESTHER LAVERNE CHUDLEIGH, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 2, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Michael Sleeman.

We further order this decision certified below for observance.